**Motion Granted and Abatement Order filed August 27, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00896-CV

_____

### CITY OF HOUSTON, ET AL, Appellants

### V.

### HOUSTON MUNICIPAL EMPLOYEE PENSION SYSTEM, Appellee

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-35252 & 2015-35252A**

## O R D E R

This is an appeal from a severance order signed October 12, 2018 and a final judgment signed October 12, 2018 ("the Appeal"). On March 26, 2019, the court consolidated the Appeal with a related petition for writ of mandamus: No. 14-19-00142-CV, *In re City of Houston et al.* ("the Original Proceeding").

On August 16, 2019, the parties filed a "Joint Motion to Dismiss Petition for Writ of Mandamus and Abate Appeal." *See* Tex. R. App. P. 42.1. In the motion, the parties state they have settled part of their dispute and request an additional 90 days

to "consider the potential resolution of the remainder of this dispute. . . ."

The motion to abate is granted. The Original Proceeding will be dismissed by separate opinion.

The Appeal is abated, treated as a closed case, and removed from this court's active docket for a period of **90 days**. The Appeal will be reinstated on this court's active docket after 90 days, or when a motion to reinstate or motion dismiss the Appeal is filed. The court may reinstate the Appeal on its own motion.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Bourliot.